CHRISTINE M. BOOZE
Nevada Bar No. 7610
WINNER & BOOZE
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
Attorney for Lambert Livestock & Cattle, Co. LLC
and Levi Johnson
cbooze@winnerfirm.com

BRITTANY A. KAPLAN, ESQ.
Nevada Bar No. 13663
KORY L. KAPLAN, ESQ.
Nevada Bar No. 13164
KAPLAN LAW GROUP
10091 Park Run Drive, Suite 190
Las Vegas, NV 89145
Telephone: (702) 381-8888
Facsimile: (702) 832-5559
Attorneys for Plaintiff
brittany@kaplanlawgroup.com
kory@kaplanlawgroup.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL HALSEY,<br><br>  Plaintiff,<br><br>vs.<br><br>LAMBERT LIVESTOCK & CATTLE CO. LLC, LEVI JOHNSON; DOES I-X, inclusive; and ROE BUSINESS ENTITIES XI – XX, inclusive,<br><br>  Defendants. | CASE NO. 2:24-cv-02400-CDS-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Defendants LAMBERT LIVESTOCK & CATTLE CO. LLC and LEVI JOHNSON, by and through their counsel of record, the law firm WINNER & BOOZE, and plaintiff DANIEL HALSEY, by and through his counsel of record the KAPLAN LAW GROUP, that plaintiff's complaint be dismissed with prejudice, and each party to bear their own costs and attorneys' fees.

IT IS FURTHER STIPULATED THAT no jury fees were posted and no trial date has been scheduled in the above referenced matter.

Dated this 25 day of March, 2025.

WINNER & BOOZE

By: _____
Christine M. Booze
Nevada Bar No. 7610
1117 South Rancho Drive
Las Vegas, Nevada 89102
*Attorney for Defendants Lambert Livestock & Cattle Co. LLC and Levi Johnson*

Dated this 25 day of March, 2025.

KAPLAN LAW GROUP

By: _____
Brittany A. Kaplan
Nevada Bar No. 13663
Kory L. Kaplan
Nevada Bar No. 13164
10091 Park Run Drive, Suite 190
Las Vegas, Nevada 89145
*Attorneys for plaintiff Daniel Halsey*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
Cristina D. Silva
United States District Judge

Dated: March 27, 2025

Page 2